# DIVIDENDS REMITTED TO THE COURT

Case Number 09-14042 - LINGLER JR., RUSSELL D.

*R# 150555*

*/ # 112*

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Powers Professional Corp**<br>**PO Box 931591**<br>**Cleveland, OH 44193** | **000011** | 47.50 | 3.54 |
| | | 47.50 | 3.54 |

---------- Remittance Total --------------

LAUREN A. HELBLING, Trustee